# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-41309

ROBERT JACKSON,

    Plaintiff - Appellant Cross-Appellee

v.

SAFETY-KLEEN SYSTEMS, INCORPORATED,

    Defendant - Appellee Cross-Appellant

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of February 8, 2013, for want of prosecution. The appellant cross-appellee failed to timely file a brief and record excerpts.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By: _____
                Deputy
New Orleans, Louisiana  FEB 0 8 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 08, 2013



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR - 6 2012
DAVID J. MALAND, CLERK

Mr. David Maland
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

No. 12-41309, Robert Jackson v. Safety-Kleen Systems, Inc.
USDC No. 4:11-CV-262

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Brandy C. Lemelle, Deputy Clerk
504-310-7714

cc w/encl:
    Mr. John Bridges Brown
    Mr. Ronald Wayne Chapman Jr.
    Mr. Joseph Halcut Gillespie